IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00292-RJC-DSC

| | |
|---|---|
| TYLER HOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAPSTONE LOGISTICS, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Carolyn Hunt Cottrell, Ori Edelstein and Michelle S. Lim]" (documents ##13-15) filed August 9, 2022. For the reasons set forth therein, the Motions will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**. 

Signed: August 9, 2022

_____
David S. Cayer
United States Magistrate Judge