**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00292-RJC-SCR**

| | |
|---|---|
| **TYLER HOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **CAPSTONE LOGISTICS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

THIS MATTER is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Nicholas R. Duby]" (Doc. No. 51) filed December 20, 2023.  For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 20, 2023

Susan C. Rodriguez
United States Magistrate Judge